FILED
2019 Jun-05  PM 05:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JABRELL KEITH SMITH,** | |
| Plaintiff, | |
| v. | Civil Action No.: 2:18-cv-00242-RDP |
| **THE ALABAMA GREAT SOUTHERN RAILROAD COMPANY**, a corporation; **NORFOLK SOUTHERN RAILWAY COMPANY, INC.**, a corporation; **NORFOLK SOUTHERN CORPORATION**, a corporation; | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to the above-styled action, plaintiff Jabrell Keith Smith and defendants The Alabama Great Southern Railroad Company, Norfolk Southern Railway Company, Inc., and Norfolk Southern Corporation, and, pursuant to FED.R.CIV.P. 41, hereby jointly stipulate and agree to the dismissal of this action, and all claims, causes of action, and rights for relief asserted therein, with prejudice, costs taxed as paid.

Respectfully submitted, this the **5th** day of **June, 2019**.[1]

                    Attorneys for Plaintiff,
                    Jabrell Keith Smith:

                    */s/ F. Tucker Burge, Sr.*
                    **F. TUCKER BURGE, SR.**

                    */s/ F. Tucker Burge, Jr.*
                    **F. TUCKER BURGE, JR.**

                    BURGE & BURGE, P.C.
                    Renasant Place
                    2001 Park Place, Suite 1350
                    Birmingham, Alabama 35203
                    Telephone:  (205) 251-9000
                    Facsimile:  (205) 323-0512
                    E-Mail:  ftb@burge-law.com
                                  ftbjr@burge-law.com

                    Attorneys for Defendants,
                    The Alabama Great Southern Railroad Company; Norfolk Southern Railway Company, Inc.; and Norfolk Southern Corporation:

                    */s/ Crawford S. McGivaren, Jr.*
                    **CRAWFORD S. MCGIVAREN, JR.**

                    */s/ Sydney F. Frazier, Jr.*
                    **SYDNEY F. FRAZIER, JR.**

                    */s/ Michael E. Turner*
                    **MICHAEL E. TURNER**

---

[1] This Joint Stipulation of Dismissal With Prejudice has been electronically signed and filed by counsel for the defendants with the prior, express permission of counsel for the plaintiff.

        CABANISS, JOHNSTON, GARDNER,
          DUMAS & O'NEAL LLP
        2001 Park Place North, Suite 700
        Birmingham, Alabama  35203
        Telephone:  (205) 716-5200
        Facsimile:  (205) 716-5389
        E-Mail:    csm@cabaniss.com
                  sff@cabaniss.com
                  met@cabaniss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and accurate copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be electronically filed with the Clerk of Court for the United States District Court for the Northern District of Alabama using the CM/ECF system, which will send electronic notification of such filing to all counsel of record, including the following:

    F. Tucker Burge, Sr., Esq.
    ftb@burge-law.com

    F. Tucker Burge, Jr., Esq.
    ftbjr@burge-law.com

This the  **5th**  day of **June, 2019.**

                */s/ Michael E. Turner*
                **OF COUNSEL**