# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JABRELL KEITH SMITH,** | } | |
| Plaintiff, | } | |
| v. | } | Case No.: 2:18-cv-00242-RDP |
| **THE ALABAMA GREAT SOUTHERN RAILROAD COMPANY, et al.,** | } | |
| Defendants. | } | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Motion to Dismiss With Prejudice (Doc. # 19), filed June 5, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 6, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.